In the Matter of the Accounting of NEW YORK TRUST COMPANY et al., as Executors of ARCHIBALD G. MCIL-WAINE, JR., Deceased, Appellants; BAYARD W. READ, as General Guardian of ARCHIBALD G. MCILWAINE, II, et al., Respondent.

Submitted June 19, 1939; decided September 26, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 775.)

EDWARD K. REAM, Appellant, *v.* ROBERT C. REAM et al., Individually and as Trustees under a Declaration of Trust Made by CAROLINE P. REAM et al., Respondents, Impleaded with Another.

Submitted July 11, 1939; decided September 26, 1939.

*Carl Sherman* for motion.

*Joseph Larocque, William H. Crawford, H. Henry Ramm, Milton Rosenblum, Mark W. Norman, Hugart F. Norman* and *Joseph D. Allen* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground an appeal lies as of right.